**Opinion issued March 31, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00435-CV

————————————

**DEVERAUX AUGUST SEVERIN, Appellant**

**V.**

**PHOEBE ANN LEWIS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1245294**

---

## MEMORANDUM OPINION

Appellant Deveraux August Severin, proceeding pro se, filed a notice of appeal challenging the trial court's final judgment granting Appellee Phoebe Ann Lewis a sum of $2,900.

On September 23, 2025, we abated the appeal, referred the parties to mediation, and directed the parties to file a status report within 50 days of our order. The parties did not respond. On January 8, 2026, we ordered the parties to file a status report notifying the Court whether mediation had been conducted. We noted that failure to respond would result in reinstatement of the appeal. The parties again failed to respond.

On February 12, 2026, we reinstated the appeal and ordered Appellant to file his appellate brief within 30 days of the date of the order, making Appellant's brief due on March 16, 2026. *See* TEX. R. APP. P. 38.6(a), (d). We cautioned that failure to file the brief by the stated deadline could result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1) (appeal may be dismissed for appellant's failure to timely file brief).

To date, Appellant has not filed his appellate brief. Because Appellant failed to file an appellate brief as directed by the Court's order, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.6(a), 38.8(a)(1), 42.3(b)–(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.